# United States District Court
### for the
### Western District of New York

*FILED MAR 02 2017 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT*

*RECEIVED 2017 MAR -2 AM 8:11 US MARSHALS SERVICE WNY ROCHESTER*

United States of America

v.

**WILLIAM ROBERT ROSICA**

Case No. 17-MJ-524

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **WILLIAM ROBERT ROSICA**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

the defendant, with the intent to kill, injure, harass, intimidate or place under surveillance with the intent to kill, injure, harass or intimidate, engaged in conduct and used an interactive computer service or electronic communication system of interstate commerce to engage in a course of conduct that caused or attempted to cause substantial emotional distress to another person, in violation of Title 18, U.S.C. §§ 2261A(1)(B), 2261A(2)(B); and

attempted to access a computer without authorization to obtain information from a protected computer, in violation of Title 18, U.S.C. § 1030(a)(2)(C).

Date: March 1, 2017

*Issuing officer's signature*

HONORABLE JONATHAN W. FELDMAN
UNITED STATES MAGISTRATE JUDGE

City and State: Rochester, New York

### Return

This warrant was received on *(date)* 3/2/17, and the person was arrested on *(date)* 3/2/17, at *(city and state)* Rochester, NY.

Date: 3/2/17

*Arresting officer's signature*

Kevin Parker, SA FBI
*Printed name and title*