UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

*FILED MAY 23 2017 MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

**ORIGINAL**

UNITED STATES OF AMERICA,

v.  17-MJ-524

WILLIAM ROSICA,

        Defendant.

## PROTECTIVE ORDER

The discovery in this case includes numerous documents containing names, social security numbers, dates of birth, and other personal identifying information of victims and witnesses, the confidentially of which is protected by various federal statutes. To preserve the confidentiality of this information, the parties have agreed to the entry of this Protective Order related to the handling of this material.

NOW, upon agreement of the parties, it is hereby

**ORDERED**, that the material set forth above shall be used by counsel for the defendant and the defendant solely in connection with pretrial, trial or other proceedings in this action, including any appeals, shall not be disclosed to the public, and shall not be disclosed to third parties by counsel or the defendant except as necessary in connection with pretrial proceedings, trial preparation or other proceedings in this action; and it is further

ORDERED, that copies of the material set forth above shall not be provided to third parties except those persons or entities employed or engaged for the purpose of assisting in the defense of this action; and it is further

ORDERED, that copies of the material set forth above shall not be provided to the defendant absent further order of the Court; and it is further

ORDERED, that if counsel for the defendant provides the defendant with access to the above material, counsel shall ensure that the defendant does not have access to a cellular telephone or any other photographic or video- or audio-recording equipment during such review; and it is further

ORDERED, that the unauthorized copying, dissemination, and/or posting of copies, or the contents, of the above material on the internet or through any form of social media shall constitute a violation of the terms of this order; and it is further

ORDERED, that except as set forth below nothing in this order shall preclude counsel for the defendant or the defendant from disclosing the material during the course of the litigation of this action in pretrial proceedings, in memoranda filed, at trial or in post-trial proceedings; and it is further

ORDERED, that in the event the defendant moves to suppress evidence obtained by electronic surveillance orders, counsel may refer to pleadings or documents filed under seal as necessary to the resolution of the motion, but shall not attach copies of any sealed pleading or document to any publicly filed pleading; and it is further

ORDERED, that counsel for the defendant or the defendant may apply to the Court for an order specifically permitting public disclosure of the above mentioned material; and it is further

ORDERED, that at the conclusion of the litigation of this action, including any direct appeal, counsel for the defendant and the defendant shall return all copies of the above mentioned material to the government immediately upon request of the government.

So Ordered this 22 day of May, 2017.

_____
Hon. Jonathan W. Feldman
United States Magistrate Judge

_____
MARK D. HOSKEN, Esq.
Counsel for WILLIAM ROSICA

_____
CRAIG R. GESTRING
Assistant United States Attorney