**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

        **v.**                        **17-MJ-524-JWF**

**WILLIAM R. ROSICA,**             **NOTICE OF MOTION**

_____**Defendant.**_____

| | |
|---|---|
| **MOTION BY**: | Mark D. Hosken, Supervisory Assistant Federal Public Defender, Attorney for William Rosica. |
| **DATE, TIME & PLACE**: | On a date, time, and courtroom to be determined before a United States District Judge, U.S. Courthouse, Rochester, New York. |
| **SUPPORTING PAPERS**: | Affirmation of Mark D. Hosken, affirmed on May 25, 2017, and the Memorandum of Law. |
| **RELIEF REQUESTED**: | An Order Revoking the Order of Detention and Setting Reasonable Conditions of Release. |

Dated: May 25, 2017
       Rochester, New York

                          s/Mark D. Hosken
                         Mark D. Hosken
                         Supervisory Assistant Federal Public Defender
                         28 E. Main Street, Suite 400
                         Rochester, New York 14614
                         Attorney for William R. Rosica
                         585-263-6201
                         Mark_Hosken@fd.org

To:    Craig Gestring, AUSA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**                    **17-MJ-524-JWF**

      **v.**                    **AFFIFRMATION IN SUPPORT OF**
                                                    **THE DEFENDANT'S MOTION TO**
**WILLIAM R. ROSICA,**                    **REVOKE OR AMEND THE**
                                                    **DETENTION ORDER**
       **Defendant.**

   MARK D. HOSKEN, Supervisory Assistant Federal Public Defender for the Western

District of New York, affirms as follows:

   1.  I am an attorney licensed to practice law in the State of New York and the United

States District Court for the Western District of New York, and I represent the defendant,

William Rosica.

   2.  I am familiar with this case by reason of my investigation of this matter,

conversations with my client and others, and a review of the audio of the detention hearing that

was held on March 3, 2017 before the Honorable Jonathan W. Feldman, Magistrate Judge.

   3.  Magistrate Judge Feldman concluded Mr. Roscia was not a serious risk of flight,

but granted the government's motion for detention based on dangerousness.  An Order of

Detention Pending Trial was issued by Magistrate Judge Feldman on March 3, 2017.  (*See*, Exh.

A.)

4.      This affirmation is submitted in support of the defendant's request for revocation

of the detention order pursuant to 18 U.S.C. § 3145(b).

5       The defendant respectfully requests this Court revoke the detention order and find

that there are conditions or a combination of conditions that could reasonably assure the safety

of any other person and the community.  Specifically, the defendant asks that he be released on

home incarceration with electronic monitoring through the use of a GPS device and a

requirement the defendant participate in the computer/internet monitoring program administered

by the U.S. Probation Office.

6       For the reasons set forth above and in the memorandum of law, the defendant

respectfully requests an order from this Court revoking the detention order and directing the

release of the defendant on reasonable conditions pending trial.


Dated: May 25, 2017
       Rochester, New York


                                     s/Mark D. Hosken
                                    Mark D. Hosken
                                    Supervisory Assistant Federal Public Defender
                                    28 E. Main Street, Suite 400
                                    Rochester, New York 14614
                                    Attorney for William R. Rosica
                                    585-263-6201
                                    Mark_Hosken@fd.org


To:  Craig Gestring, AUSA