# FEDERAL PUBLIC DEFENDER'S OFFICE
## WESTERN DISTRICT OF NEW YORK

MARIANNE MARIANO
*FEDERAL PUBLIC DEFENDER*
marianne_mariano@fd.org

MARK D. HOSKEN
*SUPERVISORY ASST. FEDERAL PUBLIC DEFENDER*
mark_hosken@fd.org

28 EAST MAIN STREET
FIRST FEDERAL PLAZA, SUITE 400
ROCHESTER, NEW YORK 14614

585-263-6201
FAX: 585-263-5871

BUFFALO OFFICE
300 PEARL STREET, SUITE 200
BUFFALO, NEW YORK 14202
716-551-3341
716-551-3346-FAX

REPLY TO: ROCHESTER

July 26, 2017



RECEIVED JUL 26 2017
Jonathan W. Feldman
U.S. Magistrate Judge
Western District of New York

**VIA FAX**

Honorable Jonathan W. Feldman
U.S. Magistrate Judge
U.S. Courthouse
100 State Street
Rochester, NY 14614

Re: *United States v. William R. Rosica*, 17-mj-524-JWF

Dear Judge Feldman:

William Rosica is scheduled to return before Your Honor for status on Tuesday, August 1, 2017 at 9:30 AM. I respectfully request that Your Honor adjourn this status appearance for an additional 30 days. This request is based on two factors. First, the defense has reviewed most of the digital evidence provided to date by the government. Additional time is necessary to complete that review. Second, I discussed this request with AUSA Craig Gestring. Mr. Gestring has no objection to it.

Should Your Honor grant this application, I respectfully request a continuation of the previously entered speedy trial exclusion in the interests of justice.

Thank you for consideration of this request.

Very truly yours,

Mark D. Hosken
Supervisory Asst. Federal Public Defender

MDH/jmm
cc: Craig Gestring, AUSA (via fax)
William Rosica (via first class mail)